IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
MAY 2 3 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CRIMINAL NO. 18-30094-DRH |
| MICHAEL E. GRIESINGER, | ) ) | Title 18, United States Code, |
| Defendant. | ) | Section 113(a)(6). |

## INDICTMENT

**THE GRAND JURY CHARGES:**

ASSAULT RESULTING IN SERIOUS BODILY INJURY

On or about November 19, 2017, in Bond County, Illinois, within the Southern District of Illinois,

**MICHAEL E. GRIESINGER,**

defendant herein, at a place within the territorial jurisdiction of the United States, namely, the federal correctional institution at Greenville, Illinois, commonly known as FCI-Greenville, on land acquired for the use of the United States and under its concurrent jurisdiction, intentionally

assaulted J.B. and, as a result, J.B. suffered serious bodily injury; all in violation of Title 18, United States Code, Section 113(a)(6).



*Angela Scott*
ANGELA SCOTT
Assistant United States Attorney

*[signature]*
DONALD S. BOYCE
United States Attorney

Recommend Bond: Detention