IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 18-30094-DRH |
| ) | |
| MICHAEL E. GRIESINGER, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION OF FACTS

The parties hereby stipulate that, if this case had proceeded to trial, the Government would have proven the following beyond a reasonable doubt:

1. On November 19, 2017, Defendant Michael E. Griesinger was an inmate at the Federal Correctional Institution at Greenville, Illinois, in Bond County, within the Southern District of Illinois, which is within the special maritime and territorial jurisdiction of the United States.

2. On the above date, Griesinger assaulted J.B. by intentionally striking J.B. with his fists.

3. J.B. suffered a fractured jaw, a serious bodily injury, as a result of the assault by Griesinger.

4. This stipulation of facts is intended only to provide the Court with a sufficient

1

foundation to accept the defendant's guilty plea and is not necessarily an exhaustive account of the defendant's criminal activity.

## SO STIPULATED:

_____
MICHAEL E. GRIESINGER
Defendant

_____
ANGELA SCOTT
Assistant United States Attorney

_____
DAVID BRENGLE
Attorney for Defendant

Date: 09/20/2018

Date: 09/20/2018

2